**WO**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Yuvisley Quintero Perez,

          Petitioner,

v.

David R Rivas,

          Respondent.

No. CV-26-00341-PHX-DJH

**ORDER**

On April 8, 2026, United States Magistrate Judge James F. Metcalf issued a Report and Recommendation ("R&R") recommending the Court deny Petitioner Yuvisley Quintero Perez's ("Petitioner") Petition for Writ of Habeas Corpus and his Motion for Preliminary Injunction (Doc. 1). (Doc. 11 at 4). No objections have been filed and the time to do so has expired. The Court will therefore adopt the R&R. *See Schmidt v. Johnstone,* 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[D]istrict courts are not required to conduct any review at all . . . of any issue that is not the subject of an objection.").

**IT IS ORDERED** that the Report and Recommendation (Doc. 11) is **adopted**, and the Petition or Writ of Habeas Corpus and Motion for Preliminary Injunction (Doc. 1) are **denied**. The Clerk of Court is directed to enter judgment accordingly and terminate this matter.

Dated this 28th day of April, 2026.

Honorable Diane J. Humetewa
United States District Judge